UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZACHERY RICHARD REYNOLDS,<br><br>      Plaintiff,<br><br> v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | CASE NO. C20-1172-MAT<br><br>ORDER RE: SOCIAL SECURITY DISABILITY APPEAL |

  This matter comes before this Court following an appeal (Dkt. 32) of this Court's July 27, 2021 order affirming the Social Security Administration's denial of benefits to Plaintiff (Dkt. 30). On September 7, 2022, the United States Court of Appeals for the Ninth Circuit issued a Memorandum (Dkt. 37) affirming in part, reversing in part, and remanding the matter to the Social Security Administration for additional proceedings consistent with the Memorandum.

  On October 31, 2022, the Court of Appeals issued the formal Mandate pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, making it the final judgment of the Court. (Dkt. 38.)

  It is hereby ORDERED that this matter be remanded to the Social Security Administration for further proceedings consistent with the Memorandum of the United States Court of Appeals

ORDER
PAGE - 1

for the Ninth Circuit entered September 7, 2022 (Dkt. 37).

DATED this 2nd day of November, 2022.

MARY ALICE THEILER
United States Magistrate Judge

ORDER
PAGE - 2